IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BRENT RAY BREWER,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM STEPHENS,<br>Director, Criminal Institutions<br>Division, Texas Department of<br>Criminal Justice,<br><br>    Respondent. | § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. 2:15-CV-50-J<br><br>CAPITAL HABEAS CORPUS |

_____

**UNOPPOSED MOTION FOR SEVEN DAY EXTENSION OF
TIME TO FILE AMENDED PETITION FOR WRIT OF
HABEAS CORPUS**
_____

Petitioner Brent Ray Brewer respectfully requests an additional seven (7) days to file his Amended Petition for Writ of Habeas Corpus. In support of this motion, Petitioner avers as follows:

On August 3, 2015, Petitioner filed his Petition for Writ of Habeas Corpus. ECF No. 19. Petitioner contemporaneously filed a motion requesting 180 days to amend his petition. ECF No. 20.

This Court granted Petitioner's request in part, granting Petitioner 90 days to amend his petition. This Court then granted Petitioner's request for an additional 30 days to file his petition. ECF No. 24. Petitioner's petition is currently due December 2, 2015. *Id.*

In his motion for requesting a 30 day extension of time to file an Amended Petition for Writ of Habeas Corpus, Petitioner requested additional time to allow experts retained in this case to complete their reports, and to allow counsel to consult with these experts about their conclusions and incorporate their findings into Petitioner's Amended Petition. ECF No. 23. Counsel for Petitioner have worked diligently to continue to investigate and develop claims contained in his Petition for Writ of Habeas Corpus. However, these expert reports are not yet complete.

Undersigned counsel expects to receive these reports by December 4, 2015. After receiving the reports, counsel can then incorporate these expert findings into Petitioner's Amended Petition. Moreover, undersigned counsel is still awaiting the signature of several witness affidavits. Thus, counsel requires an additional seven (7) days to complete Petitioner's Amended Petition for writ of Habeas Corpus.

Undersigned counsel will seek no further extensions to file Petitioner's Amended Petition.

Undersigned counsel has discussed this request with counsel for Respondents, who have indicated they are not opposed.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests an additional seven (7) days to file his Amended Petition for Writ of Habeas Corpus.

Respectfully submitted,

/s/ Philip Alan Wischkaemper
PHILIP ALAN WISCHKAEMPER
Law Office of Philip Wischkaemper
915 Texas Avenue
Lubbock, TX 79401
(806)763-9900
miglit@aol.com
Texas State Bar #21802750

/s/ Peter Walker
PETER WALKER
Assistant Federal Defender
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520
peter_walker@fd.org
Texas State Bar #24075445

Dated: December 1, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing to be served on the following person by ECF filing

Erich Dryden
Assistant Attorney General
Office of the Attorney General of Texas
Post Office Box 12548
Austin, Texas 78711-2548

/s/ Peter Walker
Peter Walker

Dated: December 1, 2015

## CERTIFICATE OF CONFERENCE

      I hereby certify that I have conferred with counsel for Respondent, Assistant Attorney General Erich Dryden, who indicated he does not oppose this motion.

                                                /s/ Peter Walker
                                                Peter Walker

Dated: December 1, 2015