IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BRENT RAY BREWER,<br><br>        Petitioner,<br><br>v.<br><br>WILLIAM STEPHENS,<br>Director, Criminal Institutions Division, Texas Department of Criminal Justice,<br><br>        Respondent. | §§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 2:15-CV-50-J<br><br>CAPITAL HABEAS CORPUS |

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY TO RESPONDENT'S ANSWER**
_____

Petitioner Brent Ray Brewer respectfully requests an additional 30 days to file his Reply to Respondent's Answer.  In support of this motion, Petitioner avers as follows:

On May 5, 2016, Respondent filed his Answer to Petitioner's Amended Petition for Writ of Habeas Corpus.  ECF No. 40. Petitioner's reply is currently due on May 31.

Counsel has worked diligently and have begun work on the Reply. However, additional time is required to complete a professionally adequate briefing. Respondent's Answer raises several arguments, including issues of exhaustion, procedural default, and the effect of state court adjudications which require substantive legal briefing from Petitioner. Counsel requires additional time to adequately research and prepare Petitioner's Reply.

Undersigned counsel has discussed this request with counsel for Respondents, who have indicated they are not opposed.

WHEREFORE, Petitioner respectfully requests an additional thirty (30) days to file his Reply to Respondent's Answer.

Respectfully submitted,

| | |
|---|---|
| /s/ Philip Alan Wischkaemper | /s/ Peter Walker |
| PHILIP ALAN WISCHKAEMPER | PETER WALKER |
| Law Office of Philip Wischkaemper | Assistant Federal Defender |
| 915 Texas Avenue | Federal Community Defender for the |
| Lubbock, TX 79401 | Eastern District of Pennsylvania |
| (806)763-9900 | Suite 545 West, The Curtis Center |
| miglit@aol.com | 601 Walnut Street |
| Texas State Bar #21802750 | Philadelphia, PA 19106 |
| | (215) 928-0520 |
| | peter_walker@fd.org |
| | Texas State Bar #24075445 |

Dated: May 31, 2016

## CERTIFICATE OF SERVICE

  I hereby certify that on this date, I caused the foregoing to be served on the following person by ECF filing:

Erich Dryden<br>
Assistant Attorney General<br>
Office of the Attorney General of Texas<br>
Post Office Box 12548<br>
Austin, Texas 78711-2548

             /s/ Peter Walker
             Peter Walker

Dated: May 31, 2016

## CERTIFICATE OF CONFERENCE

  I hereby certify that I have conferred with counsel for Respondent, Assistant Attorney General Erich Dryden, who indicated he does not oppose this motion.


              <u>/s/ Peter Walker</u>
              Peter Walker


Dated: May 31, 2016