IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRENT RAY BREWER, | § § § § | |
| Petitioner, | § § | CIVIL ACTION NO. 2:15-CV-50-J |
| v. | § § | CAPITAL HABEAS CORPUS |
| WILLIAM STEPHENS, Director, Criminal Institutions Division, Texas Department of Criminal Justice, | § § § § § | |
| Respondent. | § § § | |

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S ANSWER**
_____

Petitioner Brent Ray Brewer respectfully requests an additional four (4) days to file his Reply to Respondent's Answer. In support of this motion, Petitioner avers as follows:

On May 5, 2016, Respondent filed his Answer to Petitioner's Amended Petition for Writ of Habeas Corpus. ECF No. 40. On June 29, Petitioner filed a motion requesting an additional thirty (30) days to file his reply. ECF No. 43.

This Court granted that motion. ECF No. 44. Petitioner's reply is currently due on August 1.

Petitioner requests an additional four (4) days to file a reply. One of the attorneys assigned to Mr. Brewer's case suffered an unexpected death in the family earlier this week and has had to travel back to Texas for funeral services. As a result, the attorney has unfortunately been unable devote as much time to the reply as expected.

Petitioner understands this Court has noted that no further extensions would be granted unless exceptional circumstances are shown. ECF No. 44. However, Petitioner feels this situation meets that high bar. In light of the extraordinary circumstances, and the very short amount of time requested, Petitioner feels the requested extension is reasonable.

Undersigned counsel has discussed this request with counsel for Respondent, who have indicated they are not opposed.

WHEREFORE, Petitioner respectfully requests an additional four (4) days to file his Reply to Respondent's Answer.

                                                            Respectfully submitted,

| | |
|---|---|
| /s/ Philip Alan Wischkaemper | /s/ Peter Walker |
| PHILIP ALAN WISCHKAEMPER | PETER WALKER |
| Law Office of Philip Wischkaemper | Assistant Federal Defender |
| 915 Texas Avenue | Federal Community Defender for the |
| Lubbock, TX 79401 | Eastern District of Pennsylvania |
| (806)763-9900 | Suite 545 West, The Curtis Center |
| miglit@aol.com | 601 Walnut Street |
| Texas State Bar #21802750 | Philadelphia, PA 19106 |
| | (215) 928-0520 |
| | peter_walker@fd.org |
| | Texas State Bar #24075445 |

Dated: July 28, 2016

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I caused the foregoing to be served on the following person by ECF filing:

Erich Dryden<br>
Assistant Attorney General<br>
Office of the Attorney General of Texas<br>
Post Office Box 12548<br>
Austin, Texas 78711-2548

                                  /s/ Peter Walker  
                                  Peter Walker

Dated: July 28, 2016

## CERTIFICATE OF CONFERENCE

  I hereby certify that I have conferred with counsel for Respondent, Assistant Attorney General Erich Dryden, who indicated he does not oppose this request.

              /s/ Peter Walker
              Peter Walker

Dated: July 28, 2016