# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| **BRENT RAY BREWER,** § § § | |
| Petitioner, § § | CIVIL ACTION NO. 2:15-CV-50-J |
| v. § § | CAPITAL HABEAS CORPUS |
| **WILLIAM STEPHENS,** Director, Criminal Institutions Division, Texas Department of Criminal Justice, § § § § § § | |
| Respondent. § § | |

_____

## ADVISORY TO THE COURT
_____

On September 25, 2018, this Court stayed Petitioner Brent Ray Brewer's federal habeas corpus case to allow Petitioner to exhaust remedies in state court. Doc. No. 76. In granting the stay, this Court ordered Petitioner to file an application for post-conviction relief in the state court within 60 days, and, unless he obtained relief in state court, to return to this Court within 45 days of exhausting his state court remedies.

On November 21, 2018, Petitioner filed his Subsequent Application for Writ of Habeas Corpus in Accordance With Article 11.071, Section 5 of the Texas Code of Criminal Procedure.  On October 23, 3019 the Texas Court of Criminals dismissed Petitioner's Application.  Ex parte Brewer, No. WR-46,587-03,  2019 WL 542044 (Tex. Crim. App. Oct. 23, 2019).  Pursuant to this Court's order, Petitioner, through undersigned counsel, hereby informs this Court that he has exhausted his state court remedies.

Respectfully submitted,

/s/ Philip Alan Wischkaemper
PHILIP ALAN WISCHKAEMPER
Law Office of Philip Wischkaemper
915 Texas Avenue
Lubbock, TX 79401
(806)763-9900
miglit@aol.com
Texas State Bar #21802750

/s/ Peter Walker
PETER WALKER
Assistant Federal Defender
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520
peter_walker@fd.org
Texas State Bar #24075445

Dated: December 6, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing to be served on the following person by ECF filing:

Erich Dryden
Assistant Attorney General
Office of the Attorney General of Texas
Post Office Box 12548
Austin, Texas 78711-2548

/s/ Peter Walker
Peter Walker

Dated: December 6, 2019