UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| BRENT RAY BREWER, | § | |
| --- | --- | --- |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 2:15-CV-50-Z-BR |
| | § | |
| LORIE DAVIS, Director, | § | |
| | § | |
| Respondent. | § | |

### ORDER DENYING MOTION FOR LEAVE TO FILE EXHIBITS

The matters before the court is Petitioner's motion, filed April 13, 2020 (ECF no. 106), seeking leave to file more than six hundred pages of exhibits to Petitioner's second amended petition. In an Order issued April 1, 2020 (ECF no. 105), this court struck Petitioner's proposed exhibits as redundant and unnecessary, as well as outside the scope of this court's review under the AEDPA.

For the reasons set forth in this court's order issued April 1, 2020, all relief requested in Petitioner's motion filed April 13, 2020 (ECF no. 106) is **DENIED.**

**SIGNED May 22, 2020.**

_____
**LEE ANN RENO**
**UNITED STATES MAGISTRATE JUDGE**