UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRENT RAY BREWER, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 2:15-CV-50-Z-BR |
| | § | |
| LORIE DAVIS, Director, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The matter before the court is Respondent's unopposed motion, filed June 22, 2020 (ECF no. 108), for extension of time on the deadline for filing Respondent's Answer.

Respondent's unopposed motion for extension of time to file his Answer to Petitioner's second amended petition is **GRANTED**.  On or before July 20, 2020, Respondent shall file his Answer to Petitioner's second amended petition, which shall comply in all respects with the provisions of this court's Order of December 20, 2019.  In all other respects, the terms and provisions of this court's Order issued December 20, 2019 remain in full force and effect.

**SIGNED June 23, 2020.**

_Lee Ann Reno_

**LEE ANN RENO**
**UNITED STATES MAGISTRATE JUDGE**