UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRENT RAY BREWER, | § | |
| Petitioner, | § § § | |
| v. | § | No. 2:15-cv-50-Z-BR |
| BOBBY LUMPKIN, Director, Criminal Institutions Division, Texas Department of Criminal Justice, | § § § § § | |
| Resondent. | § § | |

**ORDER**

Before the Court is Petitioner's Unopposed Motion for Extension of Time to File Reply (ECF No. 120). After considering the motion, it is Ordered as follows:

1. Petitioner's motion is GRANTED;

2. Petitioner shall file his Reply to Respondent's Answer to his Amended Petition for Writ of Habeas Corpus on or before October 9, 2020.

**IT IS SO ORDERED.**

ENTERED on September 30, 2020.

*/s/ Lee Ann Reno*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE